## UNITED STATES
v.
## JAMES ABBOTT

1807

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 52
2. Appearance . . . . . . . . . . . . " 54
3. Judgment . . . . . . . . . . . . " 86

PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . *Printed in Vol. 2*
3. Fieri facias and return . . . . . . . . . . .
4. Precipe for venditioni exponas . . . . . . . "
5. Venditioni exponas . . . . . . . . . . .
6. Marshal's receipt for costs . . . . . . . . . .